| **CHAPTER 11 DEBTOR PROJECTIONS** | | | November-21 | December-21 | January-22 | February-22 | March-22 | April-22 | May-22 |
|---|---|---|---|---|---|---|---|---|---|
| **Crowley's** | | Case No. 21-41468-mxm11 | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 |
| **Income** | | Cash Receipts | $ 61,744.99 | $ 61,748.99 | $ 61,748.99 | $ 61,748.99 | $ 61,748.99 | $ 61,748.99 | $ 61,748.99 |
| | | Cash on Hand | $ 7,288.65 | | | | | | |
| **Expenses** | | Cash Disbursements (See Average Monthly Expenses Below) | $ 59,813.47 | $ 59,813.47 | $ 59,813.47 | $ 59,813.47 | $ 59,813.47 | $ 59,813.47 | $ 59,813.47 |
| **Plan Payments** | | | | | | | | | |
| Class | 1 | Admin | $ 750.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 |
| | 2 | Priority Claims | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | 3 | Mercedes-Benz Secured Claim | $ 1,574.02 | $ 1,574.02 | $ 1,574.02 | $ 1,574.02 | $ 1,574.02 | $ 1,574.02 | $ 1,574.02 |
| | 4 | General Unsecured Claims | | | | | | | |
| | 4a | Mercedes-Benz Unsecured Claim | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | 4b | CAB Assignee of Keep Truckin | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | 4c | JPMorgan Chase Bank | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | 4d | Continental Bank | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | 5 | Equity Interests (total -0-) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | TOTAL PLAN PAYMENTS | $ 2,324.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 |
| **NET INCOME** | | | $ 6,896.15 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 |
| **CUMULATIVE INCOME** | | | $ 6,896.15 | $ 6,897.66 | $ 6,899.16 | $ 6,900.67 | $ 6,902.17 | $ 6,903.68 | $ 6,905.18 |

| June-22 | July-22 | August-22 | September-22 | October-22 | November-22 | December-22 | January-23 | February-23 | March-23 | April-23 |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 |
| $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 |
| $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 |
| $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | $ 360.00 | | | | |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 1,574.02 | $ 1,574.02 | $ 1,574.02 | $ 1,574.02 | $ 1,574.02 | $ 1,574.02 | $ 1,574.02 | $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,229.30 | $ 1,229.30 | $ 1,229.30 | $ 1,229.30 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 |
| $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 |
| $ 6,906.68 | $ 6,908.19 | $ 6,909.69 | $ 6,911.20 | $ 6,912.70 | $ 6,914.21 | $ 6,915.71 | $ 6,917.21 | $ 6,918.72 | $ 6,920.22 | $ 6,921.73 |

| May-23 | June-23 | July-23 | August-23 | September-23 | October-23 | November-23 | December-23 | January-24 | February-24 | March-24 |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 |
| $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 |
| $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 |
| $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 |
| $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 |
| $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 |
| $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 |
| $ 6,923.23 | $ 6,924.74 | $ 6,926.24 | $ 6,927.74 | $ 6,929.25 | $ 6,930.75 | $ 6,932.26 | $ 6,933.76 | $ 6,935.27 | $ 6,936.77 | $ 6,938.27 |

| April-24 | May-24 | June-24 | July-24 | August-24 | September-24 | October-24 | November-24 | December-24 | January-25 | February-25 |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 | Month 37 | Month 38 | Month 39 | Month 40 |
| $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 |
| $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 |
| $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 |
| $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 |
| $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 |
| $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 |
| $ 6,939.78 | $ 6,941.28 | $ 6,942.79 | $ 6,944.29 | $ 6,945.80 | $ 6,947.30 | $ 6,948.80 | $ 6,950.31 | $ 6,951.81 | $ 6,953.32 | $ 6,954.82 |

| March-25 | April-25 | May-25 | June-25 | July-25 | August-25 | September-25 | October-25 | November-25 | December-25 | January-26 |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 41 | Month 42 | Month 43 | Month 44 | Month 45 | Month 46 | Month 47 | Month 48 | Month 49 | Month 50 | Month 51 |
| $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 |
| $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 |
| $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 |
| $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 |
| $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 |
| $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 |
| $ 6,956.33 | $ 6,957.83 | $ 6,959.33 | $ 6,960.84 | $ 6,962.34 | $ 6,963.85 | $ 6,965.35 | $ 6,966.86 | $ 6,968.36 | $ 6,969.86 | $ 6,971.37 |

| February-26 | March-26 | April-26 | May-26 | June-26 | July-26 | August-26 | September-26 | October-26 |
|---|---|---|---|---|---|---|---|---|
| Month 52 | Month 53 | Month 54 | Month 55 | Month 56 | Month 57 | Month 58 | Month 59 | Month 60 |
| $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 | $61,748.99 |
| $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 | $59,813.47 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 | $ 546.66 |
| $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 | $ 42.74 |
| $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 | $ 115.32 |
| $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 | $1,229.30 |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 | $ 1,934.02 |
| $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 | $ 1.50 |
| $ 6,972.87 | $ 6,974.38 | $ 6,975.88 | $ 6,977.39 | $ 6,978.89 | $ 6,980.39 | $ 6,981.90 | $ 6,983.40 | $ 6,984.91 |