| **Projected Monthly Budget*** | |
|---|---|
| | |
| **Average Income** | Dec '20 - Jul '21 |
| | $ 64,018.36 |
| | |
| **Average Expenses** | |
| Advertising | $ 33.38 |
| Contractors | $ 20,673.28 |
| Payroll | $ 14,155.61 |
| Off. Supplies/Software | $ 591.71 |
| Meals/Entertainment | $ 229.15 |
| Occupation Ins. | $ 342.11 |
| Cell phones | $ 137.88 |
| Internet | $ 160.23 |
| Rent/lease | $ 650.00 |
| Salary/wages | $ 2,816.67 |
| Taxes & Licenses | $ 949.59 |
| Tolls | $ 549.84 |
| Truck Supplies | $ 20.12 |
| Vehicle: Oil/Gas | $ 9,102.36 |
| Vehicle: Ins. | $ 6,677.43 |
| Vehicle: Registration | $ 46.65 |
| Repairs/Maintenance | $ 1,852.31 |
| Misc. | $ 3,098.52 |
| Total | $ 62,086.85 |
| | $ - |
| **Net Income** | **$ 1,931.52** |
| | |
| * The budget is reasonably derived from Debtor's actual monthly receipts and disbursements from December 2020 to July 2021. The Debtor believes this budget reasonably projects the average income and expenses the Debtor can expect during the life of the plan. | |